# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois  60604**

February 3, 2005

*Before*

Hon. William J. Bauer, *Circuit Judge*

Hon. Richard A. Posner, *Circuit Judge*

Hon. Frank H. Easterbrook, *Circuit Judge*

No. 04-2106

| | |
|---|---|
| HILARY M. WINNICZEK and DANUTA WINNICZEK,<br>    Plaintiffs-Appellants, | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division. |
| *v.* | No. 03 C 6962 |
| SHELDON B. NAGELBERG,<br>    Defendant-Appellee. | James F. Holderman, *Judge.* |

## O R D E R

The following language appearing on page 3 of the slip opinion issued on January 7, 2005--the "'actual innocence' rule presumably has an exception for the case in which, although the defendant is guilty, he received an unlawful penalty, though we cannot find any cases on the point"--is hereby amended to read as follows: the "'actual innocence' rule presumably has an exception for the case in which, although the defendant is guilty, he received an unlawful penalty; the existence of the exception was assumed in *Geddie v. St. Paul Fire & Marine Ins. Co.*, 354 So.2d 718, 719 (La. App. 1978), and *Lawson v. Nugent*, 702 F. Supp. 91, 92 (D.N.J. 1988), though we cannot find any case that actually discusses the question."